UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DON ANDERSON, individually and on Behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN BANK & TRUST OF THE CUMBERLANDS,<br><br>Defendant. | No. 3:12-CV-1047<br><br>Judge Campbell<br>Magistrate Judge Brown |

## NOTICE OF SETTLEMENT

Plaintiff, Don Anderson, individually and on behalf of all others similarly situated, and Defendant, American Bank & Trust of the Cumberlands, hereby notify the court that the parties have resolved the dispute that is the subject of this lawsuit. They intend to fully execute all settlement documents by February 21, 2013 and to submit an Agreed Order of Dismissal by February 28, 2013.

Respectfully submitted,

BONE McALLESTER NORTON PLLC

/s/ Marshall T. Cook
Marshall T. Cook, No. 20028
131 Saundersville Road, Suite 130
Parkside Plaza One
Hendersonville, TN 37075
Telephone: (615) 780-7975
Facsimile: (615) 780-7976
mcook@bonelaw.com

REEVES, HERBERT & ANDERSON, P.A.

/s/ Pamela L. Reeves
Pamela L. Reeves, No. 6643
Tyson Place, Suite 130
2607 Kingston Pike
Knoxville, TN 37919
Telephone: (865) 540-1977

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of February, 2013 the foregoing Notice of Settlement was filed via CM/ECF with this Court's clerk and electronically served on counsel for the Plaintiff, Pamela L. Reeves, Tyson Place, Suite 130, 2607 Kingston Pike, Knoxville, TN 37919.

/s/ Marshall T. Cook