UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DON ANDERSON | ) |
| | ) |
| v. | ) NO. 3:12cv1047 |
| | ) JUDGE CAMPBELL |
| AMERICAN BANK & TRUST OF THE | ) |
| CUMBERLANDS | ) |

ENTRY OF JUDGMENT

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/13/2013.

                KEITH THROCKMORTON, CLERK
                s/Tina M. Webster, Deputy Clerk